Andrew F. Dixon, Esq.
Nevada Bar No. 8422
**BOWLER DIXON & TWITCHELL LLP**
400 North Stephanie Street, Suite 235
Henderson, Nevada 89014
Phone: 702-436-4333
Fax: 702-260-8983
Email: andrew@bdtlawyers.com
*Attorneys for Harley-Davidson Credit Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORP., as Assignee of EAGLEMARK SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>WHISTLER AVIATION GROUP, LLC, GREYSTONE FUNDING CORPORATION II, WAKE COUNTY, NORTH CAROLINA REVENUE DEPARTMENT, and JET LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:10-cv-00375-JCM-RJJ<br><br>**DEFAULT JUDGMENT** |

Having considered plaintiff Harley-Davidson Credit Corporation's motion for default judgment (doc. #28) against Wake County and Jet Logistics (collectively, "Defendants") for failure to plead or otherwise defend against plaintiff's complaint; having found that plaintiff's request for declaratory relief is warranted, and thereupon having entered an order granting plaintiff Harley-Davidson Credit Corporation's motion for default judgment (doc. # 38), a true and correct copy of which is attached hereto and incorporated herein by reference; having found that the allegations of the plaintiff's Complaint and relevant legal documents submitted to the Court in support of its motion for default judgment—the secured promissory note, the aircraft security agreement, the assignment of security agreement, and statement of verification from one of Plaintiff's agents relied upon in the Order of this Court dated September 29, 2010—are

1

material and true; having found that Plaintiff is entitled to judgment against Defendants declaring that "Harley-Davidson's security interest in the Aircraft is entitled to priority as against all other recorded security interests and liens against the Aircraft and that its senior security interest extends not only to the airframe but also to the engine and propellers"; and having also recognized the Stipulation and Order Dismissing Defendant Whistler Aviation Group, LLC ("Whistler") (Doc. #17) and the Stipulation and Order Dismissing Defendant Greystone Funding ("Greystone") (Doc. #27), both acknowledging Harley-Davidson Credit Corporation's superior interest in the Aircraft and dismissing Whistler and Greystone from this action without prejudice,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Harley-Davidson Credit Corporation, has judgment against Defendants and Whistler and Greystone, in the form of a Declaratory Judgment, declaring that Harley- Davidson's security interest in the Beech Aircraft, model B300, serial number FL-81, registration number N507EB, together with two (2) Pratt and Whitney Engines, model PT6A-60A, serial numbers 95665 and 95667, and two (2) Hartzell HC-B4MP-3C propellers, serial numbers FWA1279 and FWA3354, together with all equipment and accessories used or attached thereto (the "Aircraft") is entitled to priority as against all other recorded security interests and liens against the Aircraft and that its senior security interest extends not only to the airframe but also to the engine and propellers.

DATED this 13th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE